Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| SUHAIL TUFAIL,<br><br>    Plaintiff,<br><br>DONALD NEUFELD, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:14-cv-02545-TLN-CMK<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME<br><br>Honorable Judge Troy L. Nunley<br><br>Date:           May 7, 2015<br>Time:          2:00 p.m.<br>Courtroom: 2, Floor 5 |

   This is an immigration case in which Plaintiff challenges the delay in adjudication of his Form I-485, Application for Adjustment of Status. On December 30, 2014, Defendants filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment. Per local rule 230, Plaintiff's Opposition is due less than 14 days prior to the motions hearing.

The parties hereby stipulate to extend the deadline for Plaintiff's Opposition and Cross Motion for Summary Judgment by 45 days.

The parties stipulate to extend the remaining briefing schedule as follows:

Plaintiff's Opposition and Cross Motion will be due on June 8, 2015.

Defendants' Reply and Opposition will be due on June 22, 2015

Plaintiff's Reply will be due on July 6, 2015.

Proposed date for a hearing on this motions is July 30, 2015 at 2:00 pm.

Dated:   April 23, 2015

Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/ Robert B. Jobe*
Robert B. Jobe
Sarah B. Castello
Law Office of Robert B. Jobe
Attorneys for Plaintiff

*/s/ Audrey Benison Hemesath*
Audrey Benison Hemesath
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2729
Fax: (916) 554-2886
Email: audrey.hemesath@usdoj.gov
Attorney for Defendants

**ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on June 8, 2015, Defendants' Reply and Opposition will be due on June 22, 2015, Plaintiff's Reply will be due on July 6, 2015 and a hearing on these motions will be scheduled on July 30, 2015.

Dated:   April 24, 2015

Troy L. Nunley
United States District Judge