PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHAIL TUFAIL,<br><br>             Plaintiff,<br><br>      v.<br><br>DONALD NEUFELD, ET AL.,<br><br>             Defendants. | CASE NO. 2:14-CV-2545-TLN<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

     Plaintiff's application for permanent residence is in the process of being adjudicated, and the parties stipulate to the dismissal of this action in its entirety, each side to bear its own costs of litigation.

Dated: May 24, 2016                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant United States Attorney

                                          /s/ Sarah Castello
                                          SARACH CASTELLO
                                          Attorney for Plaintiff Suhail Tufail

**ORDER**

It is so ordered.

Dated: May 24, 2016

_____
Troy L. Nunley
United States District Judge

2